1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OMER QURESHI, an individual, | No. |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| AMWAY CORP., a foreign corporation, | |
| Defendant. | |

TO:          Plaintiff, Omer Qureshi and his Counsel;

AND TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.

Defendant Amway Corporation ("Amway") hereby provides notice of its removal of the above-titled action from the King County Superior Court for the State of Washington to the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

The grounds for removal are as follows:

1.          On June 7, 2021, Amway was served with a Summons and Complaint for Damages.  *See* Declaration of Rachel N. Herrington ("Herrington Decl."), **Exhibit A**, attached hereto.

NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1      2.      Amway is incorporated under the laws of the State of Virginia, with its principal

2   place of business located in Ada, Michigan. *See* Declaration of Scott Gray in support of Notice

3   of Removal ("Gray Decl."), ¶ 3.

4      3.      Plaintiff Omer Qureshi ("Plaintiff") is a resident of Washington State. Herrington

5   Decl., Ex. A, ¶ 1.

6      4.      The Complaint, filed in the Superior Court for the State of Washington, in and for

7   the County of King, asserts product liability and Washington Consumer Protection Act ("CPA")

8   claims.  Herrington Decl. Ex. A, ¶¶ 17-29.

9      5.      Although the Complaint does not set forth the dollar amount prayed for, Amway

10  has a good faith belief that Plaintiff is seeking damages in an amount greater than $75,000.

11     6.      On December 18, 2020, Plaintiff sent a demand letter to Amway that details his

12  alleged claims and damages, totaling more than $84,000.  *See* Gray Decl., ¶ 4. *See e.g.*, *Paulus v.*

13  *Allstate Prop. & Cas. Ins. Co.*, No. 2:19-CV-0287-TOR, 2019 WL 5576945, at *2 (E.D. Wash.

14  Oct. 29, 2019) (considering Plaintiff's calculation of damages in demand letter for purposes of

15  determining amount in controversy); *Lewis v. Fred Meyer Stores, Inc.*, No. 13-CV-05151 JRC,

16  2013 WL 1855867, at *1 (W.D. Wash. May 1, 2013) (settlement and demand letters are

17  "relevant evidence regarding the amount in controversy); *Barnes v. Cont'l Tire N. Am. Inc.*, No.

18  C05-5214 RBL, 2006 WL 1636534, at *1 (W.D. Wash. June 2, 2006) (Defendant filed notice of

19  removal for diversity jurisdiction after Plaintiff sent demand letter for damage claims of

20  $130,000).  Moreover, an assessment of Plaintiff's actual damages, non-economic damages,

21  treble damages under the CPA, together with Plaintiff's statutory claims for attorney's fees

22  establishes that the amount in controversy easily exceeds the $75,000 threshold. *See Paulus*,

23  2019 WL 5576945, at *2 (considering treble damages under CPA and Plaintiff's claim for

24  attorney's fees in determining amount in controversy); *see also Fritsch v. Swift Transp. Co. of*

25  *Ariz., LLC*, 899 F.3d 785, 793-94 (9th Cir. 2018) (concluding that where the law entitles a successful

26

NOTICE OF REMOVAL - 2

1  plaintiff to an award of attorney's fees, those fees must be included I the analysis of the amount in

2  controversy).

3         7.       Accordingly, diversity jurisdiction exists under 28 U.S.C. § 1332.

4         8.       Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this district

5  embraces the county in which the removed action is to be filed.

6         9.       In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed in this

7  Court within (30) days of Amway's receipt of a copy of Plaintiff's initial pleading.

8         10.      In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be

9  served on Plaintiff and filed with the Clerk of the Superior Court for the State of Washington for

10  King County.

11         WHEREFORE, Amway respectfully requests that the above-described action, filed in the

12  Superior Court of Washington, King County, be removed to this Court.

13         DATED:  June 28, 2021.                    STOEL RIVES LLP

14

15                                                  *s/ Rachel N. Herrington*
                                                    Rachel N. Herrington, WSBA #53255
16                                                  600 University Street, Suite 3600
                                                    Seattle, WA  98101
17                                                  Tel: (206) 386-7511
                                                    Fax: (206) 386-7500
18                                                  Email: rachel.herrington@stoel.com

19                                                  Attorney for Defendants

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 3

1                                     **CERTIFICATE OF SERVICE**

2          I, Rachael Cullen, certify that at all times mentioned herein, I was and am a resident of

3 the state of Washington, over the age of eighteen years, not a party to the proceeding or

4 interested therein, and competent to be a witness therein.  My business address is that of Stoel

5 Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

6          On June 28, 2020, I caused a copy of the foregoing document to be served upon the

7 following counsel as indicated below:

8   Daniel D. DeLue, WSBA No. 29357            ☐   Hand delivery via legal messenger
    DeLue Law PLLA                                   ☐   US First Class Mail
9    600 Stewart Street, Suite 1115             ☐   Electronic service via the Court's
10   Seattle, WA 98101-1242                        efiling application
    Tel: (206) 508-3804                                ☒   Email/PDF
11   Fax: (206)508-3817
    Email: ddd@d3law.com
12

13   *Attorney for Plaintiff Omer Qureshi*

14
    DATED:  June 28, 2021.
15
                                          STOEL RIVES
16

17                                           *s/Rachael Cullen*
18                                           Legal Practice Assistant
                                          Stoel Rives LLP

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 4